UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ECO-036-E

No. 21-2684

ALEX G. LEONE,
                Appellant

v.

ESSEX COUNTY PROSECUTOR OFFICE;
THEODORE STEPHENS, II;
ROMESH SUKHDEO; GWENDOLYN WILLIAMS;
ROGER IMHOF, in their individual and official capacities

(D.N.J. No. 2-21-cv-12786)

Present: KRAUSE and PORTER, Circuit Judges

1. Emergency Motion Appellant for an Injunction Pending Appeal under Fed. R. App. P. 8, with Request for Oral Argument on the Motion and Permission to file Overlength Motion;

2. Addendum by Appellant to Motion for Injunction containing District Court Documents Referenced in Motion;

3. Response by Appellant in Opposition to Emergency Motion Appellant for an Injunction Pending Appeal under Fed. R. App. P. 8, with Request for Oral Argument on the Motion and Permission to file Overlength Motion;

4. Reply by Appellant In Support of Emergency Motion for an Injunction Pending Appeal under Fed. R. App. P. 8.

                              Respectfully,
                              Clerk/pdb

_____ORDER_____

    Appellant's request to file an overlength emergency motion for injunction pending appeal is granted. Appellant's emergency motion for injunction pending appeal is denied in all other respects.

By the Court,

s/ Cheryl Ann Krause
Circuit Judge

Dated: September 22, 2021
PDB/cc: All Counsel of Record



A True Copy:

Patricia S. Dodszuweit, Clerk